07 CA 1 2 2 2 5 RGS

United States District Court
Boston Massachusetts

FILED
IN CLERKS OFFICE

2007 NOV 28  A 10: 56

US DISTRICT COURT
DISTRICT OF MASS.

| Silva Wayne Anthony    Plaintiff | |
| vs. | |
| Citizens-Union Bank    2nd Party | # 9 Comp. District Court |
| Mass. Dept. Revenue    3rd Party | Sent 11/26/2007 |

[1] Allegation of Jurisdiction.

[b] Jurisdiction rounded on the existence of a Federal Question Jurisdiction 28 U.S.C. § 1331, Deprived Constitutional Right of Secured securities in Banks to tort 42 U.S.C.A. § 1983 to Further Larger extortions ?   Action Arises under the Constitution of the United States Art. III Sec. [1+2] [IV + XIV[1], to the Constitution of the United States Section 11 of the Securities Act of 1933 Statue [15 U.S.C. § 77k] Sec. 22 Grants jurisdiction as [28 U.S.C. § 1391[b], exclusive jurisdiction [15 U.S.C. § 78aa] as Hereafter Fully Appears, Bank 11/05/07 mails inactive account 30-030900-5 for 3 yr., shall be given to State Treasurer.   To avoid update interest.   11/10/07 Teller precedent dates 10/30/-07 balance and interest larceny extortion, not added.

Plaintiff states impossible for F.D.I.C. insured. Teller refuses correction.   I withdraw deposit of 11/10-/07 leaving one cent.   11/14/07 letter dated paper 10/30/07 balance zero sign to re-open with now $ 1,000.00 minimum or will assess fees, to conceal.   Mailed Dept. Revenue 11/19/07 to pull permit and no action to date racketeering benefit for them.   Injury shock extorted cash rights and of teller not being jailed for extortion, secondary bank permit not pulled to proximate cause liability deprivation rights by conduct and omissions, future extortion any bank large amounts cash, fraud not insured as stated mental anguish distress. Relief sixty million dollars each and interest and costs. Pro-se Attorney  Silva Wayne Tuttery
    97 Park St., New Bedford, Massachusetts 02740