UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-12225-RGS

SILVA WAYNE ANTHONY
(A/K/A WAYNE ANTHONY SILVA),
Plaintiff,

v.

CITIZENS-UNION BANK, ET AL.,
Defendants.

ORDER FOR DISMISSAL
January 16, 2008

STEARNS, D.J.

In accordance with the Memorandum and Order (#5) directing dismissal of this action for the reasons stated therein, it is hereby Ordered that the above-captioned matter is DISMISSED in its entirety.

By the Court,

/s/ Mary H. Johnson
Deputy Clerk